UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-75379 |
| Rufus C Ashworth ) | |
| ) | Chapter 7 |
| Carole D. Ashworth ) | |
| ) | |
| Debtor(s) ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEBTOR(S) FIRST AMENDMENT TO CHAPTER 7 BANKRUPTCY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Rufus C. Ashworth and Carole D. Ashworth, Debtor(s), by and through counsel and make this First Amendment to the Chapter 7 Schedules as follows:

1.

To amend Schedule B by showing the corrected amount for the IRA account; please see Amended Schedule B.

2.

To amend Schedule C by showing the corrected IRA exemption; please see Amended Schedule C.

3.

To amend Schedule J and Business Income and Expenses to reflect corrections in the expenses; please see Amended Schedule J and Business Income and Expenses.

4.

To amend Summary of Schedules and Statistical Summary in accordance with the above-listed Schedule(s); please see Amended Summary of Schedules and Amended Statistical Summary.

This 8th day of July 2010.

*/s/ Evan M. Altman*
Evan M. Altman
Georgia Bar No. 014066
Attorney for Debtor

Northridge 400; Building 2
8325 Dunwoody Place

B6B (Official Form 6B) (12/07)

IN RE **Ashworth, Rufus C & Ashworth, Carole D.**                                Case No. **10-75379**
              Debtor(s)                                                                                    (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account - Charles Schwab Bank | J | 24.00 |
| | | checking account - Suntrust Bank | J | 1,200.00 |
| | | checking account - Wachovia Bank | J | 20.00 |
| | | checking account - Wachovia Bank | W | 60.00 |
| | | savings account - Ing Bank | J | 28.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Various household items: video camera, lawn mower, golf clubs, tvs, living room furniture, bedroom(s) furniture, patio furniture, dining room furniture | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | 600.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | | IRA Accounts - Equitable exempt per Patterson v. Shumate | J | 48,000.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Ashworth, Rufus C & Ashworth, Carole D.**                     Case No. **10-75379**
                              Debtor(s)                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Cadillac automobile** | J | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Ashworth, Rufus C & Ashworth, Carole D.**_____   Case No. **10-75379**_____
                            Debtor(s)                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 55,932.00 |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/10)**

IN RE **Ashworth, Rufus C & Ashworth, Carole D.**                     Case No. **10-75379**
           Debtor(s)                                                                      (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| checking account - Charles Schwab Bank | OCGA §44-13-100(a)(6) | 24.00 | 24.00 |
| checking account - Suntrust Bank | OCGA §44-13-100(a)(6) | 1,200.00 | 1,200.00 |
| checking account - Wachovia Bank | OCGA §44-13-100(a)(6) | 20.00 | 20.00 |
| checking account - Wachovia Bank | OCGA §44-13-100(a)(6) | 60.00 | 60.00 |
| savings account - Ing Bank | OCGA §44-13-100(a)(6) | 28.00 | 28.00 |
| Various household items: video camera, lawn mower, golf clubs, tvs, living room furniture, bedroom(s) furniture, patio furniture, dining room furniture | OCGA §44-13-100(a)(4) | 2,000.00 | 2,000.00 |
| Clothing | OCGA §44-13-100(a)(9) | 600.00 | 600.00 |
| IRA Accounts - Equitable exempt per Patterson v. Shumate | OCGA §44-13-100(a)(2)(F) | 48,000.00 | 48,000.00 |
| 2003 Cadillac automobile | OCGA §44-13-100(a)(3) | 4,000.00 | 4,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Ashworth, Rufus C & Ashworth, Carole D.**                                  Case No. **10-75379**
                                    Debtor(s)                                                                                                (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,947.00 |
|    a. Are real estate taxes included?  Yes ___  No ✓ | |
|    b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 450.00 |
|    b. Water and sewer | $ 60.00 |
|    c. Telephone | $ 155.00 |
|    d. Other  **Cable And Internet** | $ 115.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 500.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 300.00 |
| 6. Laundry and dry cleaning | $ 250.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 120.00 |
|    b. Life | $ 300.00 |
|    c. Health | $ 350.00 |
|    d. Auto | $ 150.00 |
|    e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) **Property Tax (8486 Per Year)** | $ 707.00 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 2,200.00 |
| 17. Other  **Misc: Auto Repair/Tires, Newspaper, Neighbd Assoc** | $ 150.00 |
|       **Security, Firewood, Pets Account Fees** | $ 150.00 |
|       **Home Insurance** | $ 171.00 |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data. | $ **10,075.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

### 20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 5,674.33 |
|    b. Average monthly expenses from Line 18 above | $ 10,075.00 |
|    c. Monthly net income (a. minus b.) | $ -4,400.67 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                                         Case No. **10-75379**

**Ashworth, Rufus C & Ashworth, Carole D.**                                   Chapter **7**
                              Debtor(s)

## AMENDED BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

  1. Gross Income For 12 Months Prior to Filing:                                      $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

  2. Gross Monthly Income:                                                                         $      **2,500.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

  3. Net Employee Payroll (Other Than Debtor)                                       $ _____
  4. Payroll Taxes                                                                                      $ _____
  5. Unemployment Taxes                                                                        $ _____
  6. Worker's Compensation                                                                     $ _____
  7. Other Taxes                                                                                        $ _____
  8. Inventory Purchases (Including raw materials)                                $ _____
  9. Purchase of Feed/Fertilizer/Seed/Spray                                          $ _____
10. Rent (Other than debtor's principal residence)                                     $         **500.00**
11. Utilities                                                                                                   $         **125.00**
12. Office Expenses and Supplies                                                              $           **50.00**
13. Repairs and Maintenance                                                                    $ _____
14. Vehicle Expenses                                                                                 $         **695.00**
15. Travel and Entertainment                                                                    $ _____
16. Equipment Rental and Leases                                                             $ _____
17. Legal/Accounting/Other Professional Fees                                        $         **130.00**
18. Insurance                                                                                               $ _____
19. Employee Benefits (e.g., pension, medical, etc.)                              $ _____
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                                                                     $ _____

21. Other (Specify):                                                                                    $         **700.00**
     **Marketing**                                                       700.00

22. Total Monthly Expenses (Add items 3-21)                                          $      **2,200.00**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)    $         **300.00**

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                                                   Case No. **10-75379**

**Ashworth, Rufus C & Ashworth, Carole D.**                                    Chapter **7**
                          Debtor(s)

# AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 705,000.00 | | |
| B - Personal Property | Yes | 3 | $ 55,932.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 837,800.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 176,395.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 5,674.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 10,075.00 |
| TOTAL | | 14 | $ 760,932.00 | $ 1,014,195.00 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE: **Ashworth, Rufus C & Ashworth, Carole D.**
Debtor(s)

Case No. **10-75379**
Chapter **7**

**AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,674.33 |
| Average Expenses (from Schedule J, Line 18) | $ 10,075.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 4,144.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 132,800.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 176,395.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 309,195.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-75379 |
| Rufus C Ashworth ) | |
| ) | Chapter 7 |
| Carole D. Ashworth ) | |
| ) | |
| Debtor(s) ) | |

**<u>VERIFICATION</u>**

STATE OF GEORGIA

COUNTY OF FULTON

      Personally appeared before the undersigned officer duly authorized to administer oaths, the Deponent, who after being duly sworn, states that the facts contained in the foregoing document are true and correct to the best of deponents personal knowledge and belief.


          */s/ Rufus C. Ashworth*
          Rufus C. Ashworth, Debtor


          */s/ Carole D. Ashworth*
          Carole D. Ashworth, Joint Debtor


Sworn to and subscribed
before this 8th day of July 2010.

*/s/ Evan M. Altman*
Notary Public

My Commission Expires:
12/15/2012
<u>/s/ Evan M. Altman</u>

CERTIFICATE OF SERVICE

    This is to certify that I have on this day served a true and correct copy of the foregoing Debtor's First Amended Chapter 7 Schedules, by depositing the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to the following parties listed below:

Kyle A. Cooper
Suite 104
615 Colonial Park Drive
Roswell, GA 30075

This 8th day of July 2010.

                                                              /s/ *Evan M. Altman*
                                                              Evan M. Altman
                                                              Georgia Bar No. 014066
                                                              Attorney for Debtor

Northridge 400; Building 2
8325 Dunwoody Place
Atlanta, Georgia  30350
(770) 394-6466

```
American Express
P.O. Box 297812
Ft. Lauderdale, FL   33329


American Express
P.O. Box 650448
Dallas, TX   75265-0448


Ann Taylor
P.O. Box 659705
San Antonio, TX   78265


Bank of America
P.O. Box 21848
Greensboro, NC   27420


Bank of America
P.O. Box 851001
Dallas, TX   75285-1001


Belk
P.O. Box 981084
El Paso, TX   79998-1492


Bloomingdales
P.O. Box 183083
Columbus, OH   43218


Capital One
P. O. Box 71083
Charlotte, NC   28272-1083


Lexus Financial Services
P.O. Box 8026
Cedar Rapids, IA   52409
```

```
Macy's
P.O. Box 183083
Columbus, OH   43218


Nordstrom
P.O. Box 6564
Englewood, CA   80155


Saks Fifth Avenue
P.O. Box 5224
Carol Stream, IL   60197


USAA (Master Chg.)
P.O. Box 65020
San Antonio, TX   78265


Wells Fargo
P.O. Box 660455
Dallas, TX   75266


WFNNB
P.O. Box 182125
Columbus, OH   43218
```